| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)*                                Chapter    11 |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Blue International Group, LLC

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  61-1790135

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8750 NW 36 Street<br>Suite 250<br>Doral, FL 33178 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify:

Debtor  Blue International Group, LLC  
      Name

Case number (*if known*) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))  
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))  
☐ Railroad (as defined in 11 U.S.C. § 101(44))  
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))  
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))  
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))  
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)  
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)  
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7  
☐ Chapter 9  
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.  
☐ Yes.

District _____  When _____  Case number _____  
District _____  When _____  Case number _____

Debtor  Blue International Group, LLC                              Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____        Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
■ 50-99               ☐ 5001-10,000          ☐ 50,001-100,000
☐ 100-199             ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ■ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor    Blue International Group, LLC     Case number (*if known*)
            Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☒ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Blue International Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  March 15, 2024
             MM / DD / YYYY

**X** /s/ Lucrecia Maria Del Monte                         Lucrecia Maria Del Monte
Signature of authorized representative of debtor            Printed name

Title  Authorized Member

**18. Signature of attorney**

**X** /s/ Richard R. Robles, Esquire              Date  March 15, 2024
Signature of attorney for debtor                         MM / DD / YYYY

Richard R. Robles, Esquire 0088481
Printed name

Law Offices of Richard R. Robles, P.A.
Firm name

905 Brickell Bay Drive
Suite 228
Miami, FL 33131
Number, Street, City, State & ZIP Code

Contact phone  (305) 755-9200      Email address  rrobles@roblespa.com

0088481 FL
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Blue International Group, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                               12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bank United<br>7815 NW 148 Street<br>Hialeah, FL 33016 | | 7110 Manasota Key Road<br>Englewood, FL 34223 | | $2,600,000.00 | $2,326,600.00 | $2,600,000.00 |
| City of Miami Beach<br>1700 Convention Center Drive, 4th Floor<br>Miami Beach, FL 33139 | | 5757 Alton Road<br>Miami Beach, FL 33410 | | $650,000.00 | $1,854,120.00 | $650,000.00 |
| EF Mortgage LLC<br>850 New Burton Road, Suite 201<br>Dover, DE 19904 | | 1185 Bayshore Drive<br>Englewood, FL 34223 | | $3,800,000.00 | $2,955,100.00 | $844,900.00 |
| FTF Lending LLC<br>1300 E 9th Street, Suite 800<br>Cleveland, OH 44114 | | 7110 Manasota Key Road<br>Englewood, FL 34223 | | $2,800,000.00 | $2,326,600.00 | $473,400.00 |
| Jennifer Vazquez<br>1607 Ponce de Leon Boulevard, Unit 12F<br>Miami, FL 33134 | | 6345 Collins Avenue, Unit #539<br>Miami Beach, FL 33141 | | $1,500,000.00 | $152,915.00 | $1,500,000.00 |
| Jennifer Vazquez<br>1607 Ponce de Leon Boulevard, Unit 12F<br>Miami, FL 33134 | | 6345 Collins Avenue<br>Unit 818<br>Miami Beach, FL 33141 | | $1,500,000.00 | $140,582.00 | $1,500,000.00 |
| Jennifer Vazquez<br>1607 Ponce de Leon Boulevard, Unit 12F<br>Miami, FL 33134 | | 50 SW 26th Road<br>Miami, FL 33129 | Contingent<br>Unliquidated<br>Disputed | $1,500,000.00 | $899,356.00 | $1,500,000.00 |
| Jennifer Vazquez<br>1607 Ponce de Leon Boulevard, Unit 12F<br>Miami, FL 33134 | | 780 S. McCall Road<br>Englewood, FL 34223 | Contingent<br>Unliquidated<br>Disputed | $1,500,000.00 | $1,338,700.00 | $1,500,000.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor   Blue International Group, LLC                         Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jennifer Vazquez 1607 Ponce de Leon Boulevard, Unit 12F Miami, FL 33134 | | 1437 17th Street Sarasota, FL 34234 | Contingent Unliquidated Disputed | $1,500,000.00 | $261,300.00 | $1,500,000.00 |
| Jennifer Vazquez 1607 Ponce de Leon Boulevard, Unit 12F Miami, FL 33134 | | 1386 19th Street Sarasota, FL 34234 | Contingent Unliquidated Disputed | $1,500,000.00 | $330,220.00 | $1,500,000.00 |
| Jennifer Vazquez 1607 Ponce de Leon Boulevard, Unit 12F Miami, FL 33134 | | 1840 Glengary Street Sarasota, FL 34231 | Contingent Unliquidated Disputed | $1,500,000.00 | $342,200.00 | $1,500,000.00 |
| Jennifer Vazquez 1607 Ponce de Leon Boulevard, Unit 12F Miami, FL 33134 | | 6910 Harbor Lane Fort Myers, FL 33919 | Contingent Unliquidated Disputed | $1,500,000.00 | $455,078.00 | $1,500,000.00 |
| Jennifer Vazquez 1607 Ponce de Leon Boulevard, Unit 12F Miami, FL 33134 | | 6345 Collins Avenue, Unit #819 Miami Beach, FL 33141 | | $1,500,000.00 | $140,582.00 | $1,500,000.00 |
| Lifestyle Capital 475 Brickell Avenue, Unit 4107 Miami, FL 33131 | | Services | Contingent Unliquidated Disputed | | | $1,200,000.00 |
| Residential Investment Trust IV 1 Baxter Way, Suite 220 Thousand Oaks, CA 91362 | | 780 S. McCall Road Englewood, FL 34223 | | $2,200,000.00 | $1,338,700.00 | $861,300.00 |
| ROC Capital 645 Madison Avenue, 19th Floor New York, NY 10022 | | 5757 Alton Road Miami Beach, FL 33410 | | $1,800,000.00 | $1,854,120.00 | $1,800,000.00 |
| Wilmington Savings Fund Society 500 Delaware Avenue, 11th Floor Wilmington, DE 19801 | | 1922 Mississippi Avenue Englewood, FL 34224 | | $2,500,000.00 | $1,676,652.00 | $823,348.00 |
| Wilmington Savings Fund Society 500 Delaware Avenue, 11th Floor Wilmington, DE 19801 | | 24167 Harborview Road Punta Gorda, FL 33980 | | $1,100,000.00 | $622,934.00 | $477,066.00 |
| Wilmington Trust, National Association 1100 North Market Street Wilmington, DE 19890 | | 3615 Higel Ave Sarasota, FL 34242 | | $950,000.00 | $800,300.00 | $950,000.00 |

Debtor  Blue International Group, LLC  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wilmington Trust, National Association 1100 North Market Street Wilmington, DE 19890 | | 780 S. McCall Road Englewood, FL 34223 | | $2,200,000.00 | $1,338,700.00 | $2,200,000.00 |

AJ Global LLC
17934 NW 87th Place
Hialeah, FL 33018


Anchor Loans
1 Baxter Way, Suite 220
Thousand Oaks, CA 91362


Anchor Mortgage Trust
One Baxter Way, #220
Thousand Oaks, CA 91362


Bank United
7815 NW 148 Street
Hialeah, FL 33016


Bank United N.A.
c/o Benjamin B. Brown, Esq.
Quarles & Brady, LLP
1395 Panther Lane, Suite 300
Naples, FL 34109


BSI Financial Services
314 South Franklin Street, 2nd Floor
Titusville, PA 16354


Casablanca Condominium Association
6345 Collins Avenue
Miami Beach, FL 33141


Charles & Sandra Sampson
c/o Daniel C. Guarnieri, Esq.
Berlin Patten Ebling, PLLC
3700 South Tamiami Trail, Suite 200
Sarasota, FL 34239


Charles W. Sampson
c/o Daniel C. Guarnieri, Esq.
Berlin Patten Ebling, PLLC
3700 South Tamiami Trail, Suite 200
Sarasota, FL 34239


Charlotte County Water Department
25550 Harborview Road
Punta Gorda, FL 33980

Chase Bank USA
PO Box 15902
Wilmington, DE 19850-5902


City of Miami Beach
1700 Convention Center Drive, 4th Floor
Miami Beach, FL 33139


City of Sarasota
1565 1st Street
Sarasota, FL 34236


County of Sarasota
1660 Ringling Boulevard
Sarasota, FL 34236


Delaware Trustee of SMRF Trust IV A
3217 South Decker Lane Drive
Salt Lake City, UT 84119


Dominion Financial Services LLC
32 South Street
Baltimore, MD 21202


EF Mortgage LLC
850 New Burton Road, Suite 201
Dover, DE 19904


FLC Leasing, Inc.
500 N. Federal Highway
Pompano Beach, FL 33062


FTF Lending LLC
1300 E 9th Street, Suite 800
Cleveland, OH 44114


Galloway Roofing LLC
4425 Placida Road
Englewood, FL 34224


Green House Solar and Air
c/o Whipple, Dana, Registered Agent
14451 60th Street
Clearwater, FL 33760

Green House Solar and Air Inc  
14451 60th Street  
Clearwater, FL 33760  


Green House Solar and Air, Inc  
c/o Whipple, Dana, Registered Agent  
14451 60th Street  
Clearwater, FL 33760  


Gregory Horrowitz  
1177 Bayshore Drive  
Englewood, FL 34223  


Grubea Development LLC  
336 Harris Hill Road  
Buffalo, NY 14221  


Homebridge Financial Services Inc  
194 Wood Avenue South 9th Floor  
Iselin, NJ 08830  


Jennifer Vazquez  
1607 Ponce de Leon Boulevard, Unit 12F  
Miami, FL 33134  


Julian Ponce  
13951 SW 66th Street, Apt 506  
Miami, FL 33183  


Lendvent SPV 1, LLC  
c/o Eastcor Lan Services, Inc, Registere  
1160 Kane Concourse, Suite 305  
Miami Beach, FL 33154  


Lendvent SPV I LLC  
1160 Kane Concourse, Suite 305  
Miami Beach, FL 33154  


Lifestyle Capital  
475 Brickell Avenue, Unit 4107  
Miami, FL 33131  


Lucrecia Delmonte  
8750 NW 36th Street, Suite 250  
Doral, FL 33178

Michelle Barker
c/o Jeffrey A. Rapkin, Esq.
18245 Paulson Drive
Port Charlotte, FL 33954


Mortgage Electronic Registration Systems
5660 New Northside Drive NW 3rd Floor
Atlanta, GA 30328


Raul Sosa
14332 Ardoch Place
Miami Lakes, FL 33016


RCAF Acquisition Trust
1011 Centre Road, Suite 203
Wilmington, DE 19805


Residential Investment Trust IV
1 Baxter Way, Suite 220
Thousand Oaks, CA 91362


Residential Mortgage Aggregation Trust
90 Park Avenue, Floor 23
New York, NY 10016


Robert Bussa
7190 Birch Lake Road
Kewadin, MI 49648


ROC Capital
645 Madison Avenue, 19th Floor
New York, NY 10022


Sarasota County
1660 Ringling Boulevard
Sarasota, FL 34236


Smental, LLC
2423 SW 147 Avenue, Suite 569
Miami, FL 33185


SMRF Trust IVA
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

```
TD Bank, N.A.
2035 Limestone Road
Wilmington, DE 19808


True Lease Funding, LLC
2100 NW 82 Avenue
Doral, FL 33122


US Bank Trust National Association
300 East Delaware Avenue, 8th Floor
Wilmington, DE 19801


Wilmington Savings Fund Society
500 Delaware Avenue, 11th Floor
Wilmington, DE 19801


Wilmington Trust, National Association
1100 North Market Street
Wilmington, DE 19890
```